**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:19-CR-00011 |
| v. | (Chief Judge Brann) |
| AKEE LY, | |
| Defendant. | |

**ORDER**

**MAY 17, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.   Ly's 28 U.S.C. § 2255 motion (Doc. 87) is **DENIED**; and

2.   The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge